UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Daniel Trujillo Sierra**


    **V.**


                   **CIVIL ACTION NO. 1:25-cv-13143-MJJ**


**Bondi et al**

                **<u>ORDER OF DISMISSAL</u>**


**JOUN, D.J.**


    **In accordance with the Court's Order dated April 29, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.**


April 29, 2026

                /s/ Sophie Phillips
                --------------------------
                **Deputy Clerk**